UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:16-49283
Chapter 13
Hon: MCIVOR

Robert Tawfik

                        Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

Aaron Geyer
32411 Mound Rd
Warren, MI 48092
586-303-2211
_____/

**OBJECTION TO CONFIRMATION**

NOW COMES, Extra Credit Union, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. Debtor testified that his health care shall increase by $150.00 per month in September 2016.

2. That Debtors Chapter 13 Plan as proposed is underfunded and infeasible to meet the secured claims.

WHEREFORE, Extra Credit Union, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: August 1, 2016        By:   /S/ Christopher E. Frank
                                                   Christopher E. Frank (P67169)
                                                   cfrank@theleducgroup.com
                                                   Attorney for Creditor
                                                   P.O. Box 2191
                                                   Royal Oak, MI 48068
                                                   248-268-2224

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

                    Case No:16-49283
                    Chapter 13
                    Hon: MCIVOR

Robert Tawfik
                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
PO Box 2191
Royal Oak, MI 48068
248-268-2224

Aaron Geyer
32411 Mound Rd
Warren, MI 48092
586-303-2211
_____/

**PROOF OF SERVICE**

        On the August 1, 2016, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

David Ruskin Trustee

Aaron Geyer, Debtor Counsel

Robert Tawfik
4185 Dawson
Warren MI, 48092

                                      /s/ Christopher E. Frank____
                                      Christopher E. Frank (P67169)
                                      cfrank@theleducgroup.com
                                      P.O. Box 2191
                                      Royal Oak, MI 48068
                                      248-268-2224