UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Robert Tawfik,
              DEBTOR.
_____/

CHAPTER 13
CASE NO. 16-49283-MBM
JUDGE MARCI B. MCIVOR

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. Based upon the debtor's Schedule I, the debtor has mandatory contribution for retirement in the amount of $14.50 per month. The Trustee therefore requests the debtor provide proof that this obligation is mandatory so the Trustee can determine if the debtor's Plan complies with 11 U.S.C. Section 1325.

2. Based upon the debtor's testimony at the First Meeting of Creditors, the debtor's spouse is seeking employment. The Trustee therefore requests the debtor provide updated income information at the time of confirmation and post confirmation to the extent the debtor spouse obtains employment so the Trustee can determine if the debtor's Plan complies with 11 U.S.C. Section 1325.

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtor's Chapter 13 Plan unless modified to meet these objections.

              OFFICE OF DAVID WM. RUSKIN, STANDING
              CHAPTER 13 TRUSTEE

Dated: August 15, 2016    By: __/s/ Lisa K. Mullen_____
              LISA K. MULLEN (P55478)
              THOMAS D. DECARLO (P65330)
              Attorneys for Chapter 13 Trustee, David Wm. Ruskin
              1100 Travelers Tower
              26555 Evergreen Road
              Southfield, MI 48076-4251
              Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Robert Tawfik,

                DEBTOR.

_____/

CHAPTER 13
CASE NO. 16-49283-MBM
JUDGE MARCI B. MCIVOR

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on August 15, 2016, I electronically filed the Trustee's Objections to Confirmation of Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> BART NOW PLLC
> 32411 MOUND ROAD
> WARREN, MI 48092-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Robert Tawfik
> 4185 Dawson
> Warren, MI 48092-0000

        /s/ Vanessa Wild
Vanessa Wild
For the Office of David Wm. Ruskin
Chapter 13 Standing Trustee - Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755